<span style="color:red">**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000442
10-JUL-2026
08:03 AM
Dkt. 64 OAWST**</span>

NO. CAAP-24-0000442


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


STACY A. MERRILL, as Attorney-in Fact for Robert Dean
Merrill and Trustee of the Robert Dean Merrill Trust,
and Individually; and ANNA C. IZZO, as Personal
Representative of the Estate of Betty Jean Merrill,
also known as Betty J. Merrill and Betty Merrill,
Plaintiffs/Counterclaim Defendants-Appellees,
v.
BLAISE DE LIMA, as Personal Representative of the
Estate of Brian De Lima; SHAWN MARIE MERRILL,
Defendants/Counterclaimant-Appellants,
and
DOES 1-100, Defendants


APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 3CCV-23-0000293)


<u>ORDER APPROVING STIPULATION TO DISMISS APPEAL WITH PREJUDICE</u>
(By: Nakasone, Chief Judge, Leonard and McCullen, JJ.)

Upon consideration of the "Stipulation for Dismissal
with Prejudice of Appeal" (**Stipulation**), filed on July 7, 2026,
and the record, it appears that (1) the appeal has been docketed
and the filing fees have been paid; (2) pursuant to Hawaiʻi Rules
of Appellate Procedure Rule 42(b), the parties stipulate to

dismiss the appeal with prejudice and bear their own attorneys' fees and costs associated with this appeal; and (3) the Stipulation has been signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved, and the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs in this appeal.

DATED: Honolulu, Hawaiʻi, July 10, 2026.

/s/ Karen T. Nakasone
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge